United States District and Bankruptcy Courts
for the District of Columbia

Betty Jane Ayers
162 Wade Lane
Oak Ridge, TN 37830
865-456-7711

vs.

Amy Berman Jackson, Judge,
Angela D. Caesar, Clerk, and
Simone Bledsoe, Clerk for the
US District & Bankruptcy Courts
For The District Of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Case: 1:21-cv-01226
Assigned To : Jackson, Amy Berman
Assign. Date : 4/30/2021
Description: Pro Se Gen. Civ. (F-DECK)

Amendment to
Writ of Quo Warranto
March 16, 2021

### Overview of case and demands

Amendment include adding another "5" left out of the case number, and pg 3, "a jury" was changed to "the military." All else is the same. `

Comes now, Betty Jane Ayers, pro se, under the law of our original constitution and its amendments, to this court with this Petition For a Writ of Quo Warranto with demand that Judge Amy Berman Jackson immediately give to the clerks the summonses currently withheld in her office for Case No 21-cv-00551, and allow clerks to sign them, and to carry out the list of demands, beginning with immediately contacting two heads of our military as below; and demand is made for Clerk(s) to perform all duties of their job related to this case, including to retrieve the summonses they sent to Judge Amy Berman Jackson instead of signing them, and to immediately sign all summonses and subpoenas and any other papers submitted by Demandant so Demandant can pursue her case, Case No 21-cv-00551, an emergency Demand

for Writ of Quo Warranto on behalf of and for the protection of We the People, as is her Constitutionally-granted right.

As Judge Amy Berman Jackson has held the summonses in her office, intentionally and knowingly hampering justice by refusing to allow the summonses to be signed, demand is made that she must immediately surrender the summonses to the clerks as above, and also immediately perform her job of acting on Demandant's list of demands in Case No 21-cv-00551 and within 3 business days, starting on and including Friday, April 30, 2021, notify demandant that she has contacted General Hokanson and Acting Secretary of the Army, Hon. John E Whitley, and set a date for the hearing that General Hokanson gives you in case No 21-cv-00551 so they may come to the aid of We the People, and so that Demandant may serve her summonses and subpoenas according to the date General Hokanson gives. Demand is made to add back to Demandant's time to serve summonses and subpoenas every day lost after March 10, 2021, when clerks should have had summonses signed for Demandant to pick up. Demand is made that clerks must sign summonses and subpoenas and notify Demandant to pick them up within 3 business days, beginning on and including Friday, April 30, 2021. If Judge Jackson and the clerks will not immediately perform their duties and Constitutional responsibilities to allow Demandant to pursue her case for the protection of every member of We the People of the United States of America, Demand is made for their immediate resignations and prosecution by our military not only for abuse of power and failure to perform their respective duties as judge and clerks, but because failure to perform their duties in this case makes them

complicit with, and aiding and abetting others in treason and seditious conspiracy as evidenced in Case No 21-cv-00551.

If they refuse to call the military and set a hearing date, and to sign the summonses, subpoenas and any other documents Demandant is required to submit, and they also refuse to resign and allow another judge and clerk to handle this as per the law, demand is made for hearing of this matter before a Judge other than Judge Jackson and the military, within five business days, starting and including Friday, April 30, 2021, in which Judge Jackson and the clerks are required to prove they have a right to ignore their sworn duties, oaths, and the laws of our Constitution, and how they have a right to allow such serious matters to not be investigated for the protection of We the People.

As presented fully under DC rules for Quo Warranto in the case referenced herein, it was the job of the Acting Attorney General at the time of filing of Case No 21-cv-00551 to pursue the case in question, and he was notified before filing four times via letter of directive but failed to act, and as both he and the later-named Attorney General, who inherited his cases and also had a duty to act on them but has failed to, Demandant has rightly under the Constitution filed this Writ of Quo Warranto.

**FACTS AND MERITS**

1. The CLERK, ANGELA D. CAESAR, after unlawfully returning Petitioner's first Writ of Quo Warranto, as related below, for unconstitutional reasons of form and non-payment of

fee, and after having received aggrieved **Demandant's Complaint on DEMAND FOR WRIT OF QUO WARRANTO** for the second time on March 1, 2021, had for a second time failed to timely file and record this Demand into the court record after being respectfully ordered by act of filing to enter the above titled Demand and its attachments into the record. After many phone calls and emails, Clerk did enter the Writ into the record, but has to this day failed to sign the summonses attached to the filing, even after many phone calls and actions as related below.

2. As above, demandant originally filed the first emergency **DEMAND FOR WRIT OF QUO WARRANTO** on February 9, 2021, with two addendums in the following two days, but against Petitioner's right of redress as per the Constitution of the United States, CLERK returned all of these, marked VOID for corrections as to form and with askance of payment of filing fee. Demandant asserts this is unconstitutional for a **DEMAND FOR WRIT OF QUO WARRANTO**, as our Constitution states that no law can be made to prevent the right of We the People to redress; nonetheless, Demandant corrected form and filed again on March 1, 2021, with payment of fee, and Petitioner had to send many emails and leave many messages on Clerk's voicemail, and other actions as below before she would perform her job and file and record this within the Court records/PACER.

3. Friday morning, March 5, 2021, Demandant sent courier to court to pick up signed summonses, but courier related to Demandant that guard told courier Demandant had to call.

4. Later Friday morning, March 5, 2021, Demandant left two phone voice mail messages at two listed contact numbers of this Court, one being for "Clerk," and the court's messages stated calls would be returned within 24 hours, but no one has returned any call as of now, April 29, 2021, but one clerk did email later as below.

5. Later on Friday, March 5, 2021, Demandant then sent emails to each of the two email addresses given on the court's recorded messages mentioned above. Demandant requested to pick up the signed summonses, giving case name and date Demandant had filed the case, but the only reply received was via email to ask for *Demandant* to provide the case number and judges initials, to which Demandant replied something that the clerk should have known, that as it was a new case just filed on Monday, it did not have a number yet. Demandant heard nothing further by email until March 10, 2021, after Demandant sent one last email 3/8/2021 reminding clerk it was clerk's job to file a case and sign the summonses, and requesting one last time for clerk to do clerk's job, Clerk Simone Bledsoe finally advised me through email on March 10, 2021, that the Writ had been filed and docketed on March 8, 2021, but advised Demandant, again, against the laws of the Constitution, that Demandant needed to change the summonses to the Court's AO440 form, a form which does not fit the time requirements for a Writ of Quo Warranto. Demandant told her that a federal attorney had advised her it was her right to change the wording on the summons to fit the Quo Warranto, and indeed federal rules state that. Nevertheless, since Demandant had not put the name of the court on the summonses, Demandant has provided a filed/stamped copy dated March

    12, 2021, in which Demandant re-submitted all new summonses, which meet every requirement for what should be on a summons.

6. March 16, 2021, Demandant emailed clerk Simone Bledsoe, asking if her (new) summonses were signed, and she emailed Demandant back on March 29, 2021:

    "The summonses you submitted were forwarded to the Judge's chambers and are awaiting further instruction from the Judge."

7. On April 22, 2021, Demandant submitted subpoenas for the case, and asked once again to sign those as well as the summonses, but Demandant has heard nothing from the clerks since that time.

## MEMORANDUM OF LAW

1. Federal Rules of Civil Procedure, Rule 5 (d) states the following:

    "(4) Acceptance by the Clerk. The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice."

2. 18 United States Code, Section 2071 Concealment, removal, or mutilation generally, states the following:

"(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States."

3.      42 United States Code, Section 1985 states the following:

"(2) OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR -

If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;"

4.  Amendment I to the CONSTITUTION OF THE UNITED STATES OF AMERICA gives full and uninhibited power to We the People to petition the Government for redress of grievances and prohibits the making of any law prohibiting We the People this right to redress. Neither this Clerk nor this court has a right to refuse to hear this Demandant and member of We the People in this matter.

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances."

5.  "Accordingly, it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof." –*Freeman v. Giacomo Costa Fu Andrea,* 282 F. Supp. 525, *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir., 1939); *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va.,1967)

**CONCLUSION**

Because Judge Jackson has obstructed justice by withholding summonses to protect those in our government for which Demandant has presented clear proof of extremely serious crimes, and is thus unlawfully holding her government position, and because the CLERK(S)have made a discretionary and legal determination by refusing to file the above-titled documents of

the above-mentioned pending matter and supported by the attached Exhibit containing evidence of a proof of service to the clerk, (Attachment 1, pgs 1-2) and are thus unlawfully holding their government positions, there is an obstruction of justice for which the laws of the United States provide for punishment including incarceration and fines upon the submission of a complaint by the Demandant to the Attorney General of the DISTRICT OF WASHINGTON, DC. The above-referenced laws show that the CLERK cannot refuse to file a document for form as the duties of the CLERK are ministerial (not judicial). THEREFORE, the Demandant hereby demands that the Judge release the summonses to the CLERK and contact the heads of the military as above, and that the CLERK enter all documents pertaining to this case in the record, sign the summonses and subpoenas and notify Demandant within 3 days to pick them up. Additionally, they must perform any demands above not re-stated in this conclusion, or demand is made for all three to resign and face prosecution under the laws of the United States and our U.S. Military.

Att I, pg 1 of 2

March 12, 2021

Re: Document submission for Case No 21-cv-00553

Ms. Angela Caesar, Clerk of US District Court, District of Columbia
and Jermine Bledsoe, Deputy Clerk of US District Court, District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Ms. Caesar and Ms. Bledsoe,

Thank you, again, Ms. Bledsoe for notifying me, (Demandant) on March 10, 2021 of case number and filing of the case I submitted on March 1, 2021.

If you have already stamped, signed, and filled out the summonses I also submitted that day, please notify me and feel free to disregard these new summonses, as your stamp will likely clarify the court on the old summonses, and you would have written in the case number, and Demandant's attachment of the complaint would serve as further clarification of the court and the court's address for each recipient, but if you have not filled them out yet, please disregard those original summonses and fill out and stamp these new ones, as these have the case number which Ms. Bledsoe just emailed me already filled out, and I have added the complete Court name at the top and the Court address after "US District Court" at the bottom in effort to make things easier for you and to clarify for the recipient.

I am attaching a copy of the federal rules for summonses, and have circled the enumeration in those rules that gives me the right to alter the summonses, and also told Ms. Bledsoe in an email, I've been advised by an attorney it is my right to alter the summons.

I now ask you to now perform your job as clerk and sign these summonses and notify me by email or phone within one business day after receiving these that they are ready to be picked up.

To clarify, I must be notified by you, the clerk, by Monday, March 15, 2021 by 5:00 pm that the signed summonses are ready to be picked up in order to avoid further action against the clerk for failure to perform job.

Thank you for your time in this matter.
Betty Jane Ayers

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2021 APR 22 P 6: 19

RECEIVED

AH I pg 2of2

United States District Court,
District of Columbia

April 22, 2021

Dear Clerk,

Please sign these subpoenas, and also the summonses you already have, so that I may issue the summonses before issuing these subpoenas, as per the court's rules. Please either call or email me when they are all signed, so that I may pick them up.

Thank you, so much.

B.J. Ayers

Email: BJAyers@protonmail.com

Phone: 865-243-5217

## VERIFICATION

In Witness whereof, knowing the law of bearing false witness before God and men, Demandant solemnly affirms that Demandant has read the foregoing and knows the contents thereof to be true to the best of my knowledge except as to the matters which are therein stated on my information or belief, and as to those matters, Demandant believes them to be true. These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law, and are submitted for proper purposes, and not to cause harassment and unnecessary delay or costs.

Respectfully submitted without prejudice, UCC § 1-308,

Affiant, _____

BETTY JANE AYERS, pro se April 30, 2021

Certificate of Service

I, Betty Jane Ayers, certify that I have served a true and correct copy of this legal document via USPS to Judge Amy Berman Jackson and Angela D. Caesar, and Simone Bledsoe, Clerks for the Attorney General Garland Merrick, who inherited responsibility to act on the referenced Demandant's prior Quo Warranto from AG Robert M. "Monty" Wilkinson, at 950 Pennsylvania Avenue, NW Washington, DC, 20530-0001 on this date, March 9, 2021, and that I also filed a copy of this legal document with the Court Clerk for the US DISTRICT & BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA on this date.

Submitted on this 30th day of April, 2021.

Affiant, _____

Betty Jane Ayers