Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BETTY JANE AYERS

    Plaintiff

vs.

AMY BERMAN JACKSON, et al

    Defendant

Civil No.   21-1226   (RDM)

Category   F

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __5/7/2021__ from __Judge Amy Berman Jackson__ to __Judge Randolph D. Moss__ by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge Amy Berman Jackson & Courtroom Deputy
Judge Randolph D. Moss & Courtroom Deputy
Liaison, Calendar and Case Management Committee