UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY JANE AYERS,<br><br>      *Plaintiff*,<br><br>v.<br><br>AMY BERMAN JACKSON *et al.*,<br><br>      *Defendants.* | Civil Action No. 21-1226 (RDM) |

## ORDER

For the reasons set forth in the Court's Memorandum Opinion, Dkt. 4, it is hereby

**ORDERED** that the case is **DISMISSED** as **MOOT**.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to terminate the case.

**SO ORDERED.**

                                                /s/ Randolph D. Moss
                                                RANDOLPH D. MOSS
                                                United States District Judge

Date: May 11, 2021