United States District and Bankruptcy Courts
for the District of Columbia

**LEAVE TO FILE GRANTED**
/s/ Randolph D. Moss

Betty Jane Ayers
162 Wade Lane
Oak Ridge, TN 37830
865-456-7711

21-1226

VS.

Civil Action No. __not assigned yet)__

Amy Berman Jackson, Judge,
Angela D. Caesar, Clerk, and
Simone Bledsoe, Clerk for the
US District & Bankruptcy Courts
333 Constitution Avenue NW
Washington, DC 20001

Writ of Quo Warranto
March 16, 2021

### Motion to withdraw Writ of Quo Warranto and Amendment to Writ of Quo Warranto filed April 29 and 30, 2021

Please accept Demandant's apology to this court, Demandant has learned this was not filed in the correct court, so accordingly, motion is made to withdraw the Writ of Quo Warranto filed April 29 and Amendment to such on April 30, 2021 in this court.

Certificate of Service

I, Betty Jane Ayers, certify that I have served a true and correct copy of this legal document via USPS to Judge Amy Berman Jackson, and to Angela D. Caesar, and Simone Bledsoe, Clerks for the Court, and to Attorney General Garland Merrick, who inherited responsibility to act on the referenced prior Quo Warranto for AG Robert M. "Monty" Wilkinson, at 950 Pennsylvania Avenue, NW Washington, DC, 20530-0001 on this date, May 10, 2021, and that I also filed a copy of this legal document with the Court Clerk for the US DISTRICT & BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA on this date.

Submitted on this 10th day of May, 2021.

Affiant, _____

Betty Jane Ayers, pro se
162 Wade Lane
Oak Ridge, TN 37830
865-456-7711